# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BRANDON CUMMINGS : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 09-0335 |
| : | |
| SGT. SMITH, *et al.* : | |
|     Defendants. : | |
| : | |

## ORDER

**AND NOW**, this 25th day of September 2013, upon consideration of the Motion to Dismiss of Defendant, Sgt. Robert Smith [Doc. No. 39], and the opposition thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Motion is **GRANTED in part and DENIED in part.**

2. The Motion is **GRANTED** as to the claims relating to the destruction or removal of legal papers and the spraying of mace into a nearby cell, which are **DISMISSED WITH PREJUDICE.**

3. The Motion is **DENIED** as to the claimed denial of medical treatment or decontamination after Plaintiff was exposed to the mace.

4. The case shall remain **CLOSED** until Defendant files an answer to the Amended Complaint, which shall be done within 21 days. Upon the filing of the answer the Clerk shall **RE-OPEN** the case and the Court will enter a scheduling order.

It is so **ORDERED**.

                                                **BY THE COURT:**

                                              **/s/ Cynthia M. Rufe**

                                              **CYNTHIA M. RUFE, J.**